# Court of Appeals
# of the State of Georgia

ATLANTA, January 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0749. RUEBEN DALE JACKSON, SR. v. THE STATE.**

Following a jury trial, Rueben Dale Jackson, Sr. was convicted of family violence simple battery. Jackson then filed a timely pro se notice of appeal. We, however, lack jurisdiction.

"A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) (citation and punctuation omitted). Here, the record shows that Jackson was represented by counsel when the trial court entered sentence on April 14, 2022, and nothing in the record indicates that counsel either withdrew or was relieved from representing Jackson when he filed his pro se notice of appeal on April 20, 2022. See *White v. State*, 302 Ga. 315, 318 (2) (806 SE2d 489) (2017) (recognizing that defense counsel's duties toward a client extend for at least the 30 days after the entry of judgment when a notice of appeal may be filed). Accordingly, Jackson's pro se notice of appeal is a legal nullity, and this appeal is therefore DISMISSED. See *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/03/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.